# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-09514-SB-KS | Date: | 7/20/2021 |
|---|---|---|---|

| Title: | *Jamey Perry v. Village Hardware and Lumber, Inc. et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER RE: POST-SETTLEMENT STATUS CONFERENCE

The parties filed a notice of settlement but failed to appear at the scheduled post-settlement status conference on July 9, 2021. The parties are admonished for failing to appear as required without leave of court.

**IT IS SO ORDERED**.