JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY PERRY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VILLAGE HARDWARE & LUMBER, INC., a California corporation; IDYLLWILD ALL-YEAR RESORT, a California corporation; and DOES 1-9,<br><br>　　　　Defendants. | Case No.: 2:20-cv-09514-SB-KS<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure (a)(1)(A)(ii), upon the joint request of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

September 5, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge